**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF MARYLAND**

**(Greenbelt Division)**

GREENBELT-NIGHT BOX

2020 JUN 12  AM 11: 18

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | : | |
| STEPHEN G. GOERTEMILLER and | : | Case No. 19-2345-LSS |
| ANITA E. GOERTEMILLER, | : | Chapter 12 |
| Debtors | : | |

### DEBTOR'S PLEADINGS IN RESPONSE TO TRUSTEE'S
### MOTION TO DISMISS CASE AND REQUEST A HEARING

Stephen G. Goertemiller and Anita E. Goertemiller, Debtors in the above-referenced case (Debtors) hereby submit the following in response to the Trustee's Motion to Dismiss Case.

Facing foreclosure on February 27, 2019, we were given a lifeline by the December, 2019 Farm Bill by growing hemp. In late January, 2019, the State of Maryland approved growing hemp. We filed for Chapter 12 protection on February 25, 2019 based on the potential of hemp to solve our financial condition.

Throughout the spring, summer and fall of 2019, we learned with little guidance how to propagate, transplant, irrigate, fertilize, harvest and dry hemp on a commercial scale. In conjunction, we were tasked with formulating a plan that would be acceptable for confirmation. We were highly successful at all of the above. We were able to harvest approximately 35,000 pounds of hemp biomass and approximately 3,000 pounds of hemp flower, a significantly higher value hand cured variant.

After months of working with the Court and our Attorney, we formulated a plan which was confirmed at the October 23, 2019 hearing. Regrettably, moments before that hearing, we were cajoled

by Fulton Bank and the USDA to concede the single most beneficial aspect of a Chapter 12 case, the amortization of arrearages for 60 months.

2020 JUN 12   AM 11: 18

U.S. BANKRUPTCY COURT

At that moment the market for hemp biomass was $25.00/lb. and hemp flower $200-300 per pound, and we had in hand a contract for the purchase of the biomass.  The prospect of revenue north of $1 million dollars concurrent with the unknown adjudication of the pending hearing, we acquiesced to the demands of Fulton Bank and the USDA.

Subsequent to the October 23, 2019 Plan Confirmation, the market price for hemp biomass eroded month by month.  As has become customary over the last few months with hemp processors,  the processor to whom we sold our biomass delayed purchasing our product until January 18, 2020 knowing the January 20, 2020 deadline for the Plan payments.  While not honoring the original contract, we did receive $409,000 for the biomass.   We also retain the 3,000 pounds of hemp flower, which we are in the process of selling.   The current value of hemp flower is $50.00-150.00 per pound.

Had we been afforded the basic tenet of amortizing the arrearages by the Chapter 12 structure, we would be financially secure and have been not prejudicial in payment to any creditor.

Since March the entire world has been chaotic.  While the Government has made efforts to help businesses, we have been precluded from participation due to Chapter 12.  Additionally, the latest USDA funding for farms left out hemp in the legislation.

Even in the face of exclusion from capital markets, Covid 19 Funding Programs, and USDA Programs, we were able to secure a $50,000 stipend privately, and more as needed.

Additionally, last week we secured a lease of agreement for $5,000/month for a portion of our buildings.

We are once again planting 15-20 acres of hemp while diversifying with a produce stand, cut flowers, a CBD shop on the farm, and a hemp festival in the fall.

Coupled with today's check to the Trustee for payment toward the creditors, our aggregate payments since January 20, 2020 is $400,000. We hope that the Trustee would consider those monies as a demonstration of our commitment to resolving all of our debts to all creditors.

### Request for Hearing

Stephen G. Goertemiller and Anita E. Goertemiller, Debtors, do hereby request a hearing in the above-mentioned Trustee's Motion to Dismiss Case.

### Certificate of Service

We caused a copy of the foregoing to be sent on June 12, 2020 by hand delivery to:


Clerk, U.S. Bankruptcy Court

6500 Cherrywood Lane

Greenbelt, Maryland 20770


Timothy P. Branigan

Chapter 12 Trustee

9891 Broken Land Parkway, #301

Columbia, Maryland 21046

6/12/20

Stephen G. Goertemiller


Anita E. Goertemiller